## WILSON v. STATE

[No. 354, September Term, 1963.]

*Decided May 29, 1964.*

The cause was submitted on the brief to HENDERSON, PRESCOTT, HORNEY and SYBERT, JJ., and KEATING, J., Associate Judge of the Second Judicial Circuit, specially assigned.

Submitted by *Nathan Stern* for appellant.

Submitted by *Thomas B. Finan, Attorney General, Franklin*

*Goldstein, Assistant Attorney General, William J. O'Donnell* and *David T. Mason, State's Attorney* and *Assistant State's Attorney,* respectively, *for Baltimore City,* for appellee.

PER CURIAM.

The only question raised by the appellant is an alleged insufficiency of the evidence to convict him. A reading of the record extract discloses ample evidence, if believed by the trier of facts, to warrant the conviction of larceny.

The judgment of the lower court is therefore affirmed.

*Judgment affirmed.*